

# IN THE
# TENTH COURT OF APPEALS

─────────────

### No. 10-12-00434-CV

**MICHAEL A. PEREZ AND ELIZABETH A. PEREZ,**

**Appellants**

**v.**

**BOBBY FELDER D/B/A F&W ELECTRIC,**

**Appellee**

─────────────

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 12-001846-CV-361**

─────────────

## MEMORANDUM OPINION

─────────────

Appellants Michael A. Perez and Elizabeth A. Perez and Appellee Bobby Felder d/b/a F&W Electric have filed a joint motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2). The parties state that they "have reached an agreement to compromise and settle their differences in this matter." They therefore ask that we grant their joint motion to dismiss and tax costs of appeal against the party incurring same. Accordingly, the joint motion is granted, and the appeal is dismissed. Costs of appeal are taxed against the party incurring same.

REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed March 13, 2014
[CV06]